**FILED**

01/06/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0531

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| HOMERIVER GROUP,<br><br>   Plaintiff and Appellee,<br><br>v.<br><br>ANDERS BUSINESS SOLUTIONS, LLC,<br><br>   Defendant and Appellant. | Cause No: DA-24-0531<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S ANSWER BRIEF** |

Upon the Unopposed Motion for Extension of Time to File Appellee's Answer Brief, and with good cause appearing, the motion is granted. Appellee's Answer Brief shall be filed on or before February 10, 2025.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 6 2025